

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-14-00082-CR

**IN RE** James **LEGATE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On February 3, 2014, relator filed a petition for writ of mandamus complaining of the trial court's failure to rule on a motion pending in the underlying criminal proceeding. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than February 20, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 6, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1998CR6480, styled *The State of Texas v. James Legate*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.